Motion for Rehearing
Denied.  Opinion of July 2, 2009 Withdrawn.  Petition for Writ of Habeas Corpus
Dismissed for Lack of Jurisdiction and Substitute Memorandum Opinion filed
September 10, 2009.

 

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00546-CR

____________

 

IN RE GILBERT MIRELES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF HABEAS
CORPUS

 



 

S U B S T
I T U T E   M E M O R A N D U M   O P I N I O N

On June 16, 2009, relator, Gilbert
Mireles, attempted to file a post-conviction petition for writ of habeas
corpus.  In his petition, relator asks this court to find his felony conviction
for aggravated sexual assault void.

We are unable to consider relator=s petition for writ of habeas corpus
because our authority to entertain petitions for writ of habeas corpus does not
extend to post-conviction writs in felony cases.  See Tex. Code Crim.
Proc. Ann. art. 11.07 (Vernon 2008).  Therefore, we dismiss relator=s petition for lack of jurisdiction. 


PER CURIAM

Panel consists of Justices
Anderson, Guzman, and Boyce